# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1658

_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth R. McGee

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 2, 2017
Filed: October 5, 2017
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kenneth McGee directly appeals his sentence after pleading guilty to a firearm offense pursuant to a plea agreement that contained an appeal waiver. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386

U.S. 738 (1967), arguing that the district court[1] erred in applying an enhancement under the Guidelines.

Upon careful review, we conclude that the waiver is valid, applicable, and enforceable. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (*de novo* review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of a waiver, if defendant knowingly and voluntarily entered into the plea agreement and waiver, and if enforcing the waiver would not result in a miscarriage of justice). Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues other than the scope of the appeal waiver. Accordingly, we dismiss this appeal and grant counsel leave to withdraw.

_____

[1] The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.